NUMBER 13-02-679-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


MATTHEW WAYNE FREEZE , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 36th District Court 

of Aransas County, Texas.


___________________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Yanez, and Garza

Opinion Per Curiam


 Appellant, MATTHEW WAYNE FREEZE , perfected an appeal from a judgment entered by the 36th District Court of
Aransas County, Texas, in cause number A-02-5071-2-CR . Appellant has filed a motion to dismiss the appeal. The
motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).



Opinion delivered and filed this

the 13th day of March, 2003 .